| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR-2-01-174-2 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:14CR-00317-ABC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Darren Fuller | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable James L. Graham United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3-20-2014 ~~January 13, 2014~~ | TO 3-19-2019 ~~January 12, 2019~~ |

**OFFENSE**
Conspiracy to Possess With Intent to Distribute and to Distribute More Than 5 Kilograms of Cocaine

*FILED CLERK, U.S. DISTRICT COURT MAY 30 2014 CENTRAL DISTRICT OF CALIFORNIA BY ____ DEPUTY*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "**Southern District of Ohio**"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California (*Long Beach, CA*)) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-1-14
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Central District of California (Long Beach, CA)**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/27/14
*Effective Date*

*[signature]*
George H. King, Chief Judge
~~United States District Judge~~

I hereby attest and certify on 6/6/14 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
[signature]
DEPUTY CLERK



1198